IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DYLAN FORD,                                          *

               Plaintiff,                    *

v.                                                   Case No.   5:26-cv-00170-MTT

                                  *

RODNEYSE BICHOTTE-HERMELYN et al.,

                                  *

               Defendants.

                                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 14, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 15th day of May, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk